

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2019

No. 04-19-00523-CR

**IN RE** Miguel **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Irene Rios, Justice
               Beth Watkins, Justice

On July 31, 2019, relator filed a petition for writ of mandamus and a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is DENIED AS MOOT. This court's opinion to issue at a later date.

It is so **ORDERED** on August 2, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CR-4203, styled *The State of Texas v. Miguel Martinez*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable W.C. Kirkendall presiding.